# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ESCOBAR and IRMA LETICIA ESCOBAR,**<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; KARHAY LLC, a California Limited Liability Company dba LAKE ELSINORE FORD; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: EDCV 19-303-GW-SHKx<br><br>(Removed from Superior Court of California, County of Riverside, Case No. RIC1900505)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFFS' CASE TO CALIFORNIA SUPERIOR COURT**<br><br>*Assigned for all purposes to the Honorable **George H. Wu***<br><br>Action Filed: December 31, 2018 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION

# ORDER

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court hereby remands this matter to the California Superior Court, County of Riverside.

IT IS SO ORDERED.

DATED: June 12, 2019

_____
HONORABLE GEORGE H. WU,
UNITED STATES DISTRICT JUDGE